1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KARIN S. SCHWARTZ
   Supervising Deputy Attorney General
3  SUSAN J. KING, State Bar No. 123729
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
5  Telephone: (415) 703-5718
   Fax: (415) 703-5480
6  Email: susan.king@doj.ca.gov

                                                    *E-FILED - 5/29/08*

7  Attorneys for Defendant Grazianil

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12 | ISH'MAEL JORDAN,              | C 03-2414 RMW (PR)
13 |                               |
   |                    Plaintiff, | [PROPOSED] ORDER
14 |                               |
   |        v.                     | Hearing:    No Hearing
15 |                               |             Scheduled
   | DAVE GRAZIANI, DR. JEFFREY ZWERIN, AND | Time:  N/A
16 | GARY WALTERS,                 | Courtroom:  6
   |                               | Judge:      The Honorable
17 |                   Defendants. |             Ronald M. Whyte

18

19     Good cause appearing, Defendant Graziani is granted an extension of time up to and

20 including May 28, 2008 to file a dispositive motion.

21 IT IS SO ORDERED.

22 DATED: 5/27/08

23

24                    *Ronald M. Whyte*
                      The Honorable RONALD M. WHYTE

25

26

27

28

[Proposed] Order                                    Ish'mael Jordan v. Graziani, et al.
                                                    C 03-2414 RMW (PR)

                           1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   Ish'mael Jordan v. Graziani, et al.

No.:   C 03-2414 RMW (PR)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 19, 2008, I served the attached [PROPOSED] ORDER by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Ish'mael Jordan
NA-203270-4
Napa State Hospital
2100 Napa-Vallejo Highway
Napa, CA 94558

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 19, 2008, at San Francisco, California.

| Lorraine Smith | _Lorraine Smith_ |
|---|---|
| Declarant | Signature |

40255144.wpd