***E-FILED - 8/13/08***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ISH'MAEL JORDAN, | ) | No. C 03-2414 RMW (PR) |
| Plaintiff, | ) | **JUDGMENT** |
| vs. | ) | |
| DAVE GRAZIANI, et al., | ) | |
| Defendants. | ) | |

    The court granted summary judgment in favor of defendants in the instant civil rights complaint for relief, which was brought pursuant to 42 U.S.C. § 1983. Defendants are entitled to judgment as a matter of law as to all claims. Judgment is hereby entered in favor of defendants. Plaintiff shall take nothing by way of his complaint, which is DISMISSED WITH PREJUDICE.

    The clerk shall close the file.

**IT IS SO ORDERED.**

DATED: 8/12/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\Pro-Se\SJ.RMW\CR.05\Jordan414.jud.md